No. 64777.—Morris Friedman et al. v. United States, protests 318456–K, etc. (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.

No. 64778.—Frankel Associates, Inc., et al. v. United States, protests 59/1043, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.

No. 64779.—Old Importers, Inc. v. United States, protest 60/878 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 64780.—John C. Sleater Co., Inc. v. United States, protests 58/16477, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of vinyl plastic mats similar in use to paper, embossed, cut, or stamped into designs or shapes, not specially provided for, the claim of the plaintiff was sustained.